UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ayal Rosenthal | Plaintiff, |
| -v- | Case No. _____ |
| New York University, NYU Stern School of Business, Thomas Cooley, Melchior Ochoa, and John Does 1-10, | Rule 7.1 Statement |
| | Defendant. |



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Ayal Rosenthal       (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

not applicable

Date: 6/10/08

Signature of Attorney: Edward Hutatt

Attorney Bar Code: EH 9569

Form Rule7_1.pdf  SDNY Web 10/2007