UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Ayal Rosenthal

                           Plaintiff,

                -against-

NYU, NYU Stern School of Business,
Thomas Cooley, Mel Ochoa
                          Defendant.

08 CIVIL 5338 (JES)

------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       EH 9569

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Frankfurt Kurnit Klein + Selz, PC.

    To: Hernstadt Atlas LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ Address: 11 Broadway, Suite 615, NY, NY 10004
☒ Telephone Number: 212-809-2501
☒ Fax Number: 212-214-0307
☒ E-Mail Address: ed@heatlaw.com

Dated: 6/13/08