UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Ayal ROSENTHAL,

                          Plaintiff,                     08 CIVIL 5338 (JES)

          -against-

NYU, NYU Stern School of Business,
Thomas F. Cooley, Melchior Ochoa, et al.,
                        Defendants,
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Edward Hernstadt__

☒ **Attorney**

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        __EH 9569__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ Address: __11 Broadway, Suite 615, NY, NY, 10004__

☒ Telephone Number: __212-809-2501__

☒ Fax Number: __212-214-0307__

☒ E-Mail Address: __ed@heatlaw.com__

Dated: __6/17/08__            *Edward Hernstadt* (signature)