AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern ~~JUDGE SPRIZZO~~ District of  New York

AYAL ROSENTHAL

V.

NEW YORK UNIVERSITY, NEW YORK
UNIVERSITY STERN SCHOOL OF BUSINESS,
THOMAS F. COOLEY, MELCHIOR OCHOA, and
JOHN DOES 1-10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 Civ.     ( )( )

**08 CIV 5338**

TO: (Name and address of Defendant)

NEW YORK UNIVERSITY
70 Washington Square
New York, NY 10012

Thomas Cooley
29 Washington Sq. W., Apt. 4D
New York, NY 10011

NYU Stern School of Business
44 West Fourth St.
New York, NY 10012

Melchior Ochoa
170 1st. Ave., Apt. 9
New York, NY 10009

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward Hernstadt
Hernstadt Atlas LLP
11 Broadway, Suite 615
New York, NY 10004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          JUN 1 1 2008
CLERK                                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                              *Signature of Server*

                                          _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.
COUNTY OF NEW YORK   )

I, Edward Hernstadt, state that I am over eighteen years of age and reside in Brooklyn, New York.

On June 11, 2008, I personally served the Summons, Complaint, Rule 7.1 Statement, and Civil Cover Sheet in the action entitled *Rosenthal v. NYU, NYU Stern School of Business, Cooley, Ochoa, et al.* (08 Civ. 5338 (JES)(AJP)) by hand-delivering true copies thereof to Terrance J. Nolan, Esq., Acting General Counsel of New York University, who agreed to accept service on behalf of all of the named defendants, at the following address:

New York University Office of Legal Counsel
70 Washington Square
New York, NY 10012

_____
EDWARD HERNSTADT

SWORN TO before me
this 1st day of July, 2008.

_____
Notary Public

ELKE HOFMANN
Notary Public - State of New York
No. 02HO6176688
Qualified in Kings County
My Commission Expires Nov. 5, 2011