UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────

AYAL ROSENTHAL,

                Plaintiff,        08 CIV 5338 (JES)

    -against-              NOTICE OF APPEARANCE

NEW YORK UNIVERSITY, NYU STERN
SCHOOL OF BUSINESS, THOMAS F.
COOLEY, MEL OCHOA, et al.,

                Defendants.
────────────────────────────────

      PLEASE TAKE NOTICE that the undersigned appears as counsel for defendants New York University, NYU Stern School of Business, Thomas F. Cooley and Mel Ochoa herein.

Dated:    New York, New York
            July 1, 2008

                                      Respectfully submitted,
                                      Nancy Kilson (NK 4557)

                                      s/_____
                                      Attorney for Defendants
                                      New York University
                                      70 Washington Square South
                                      New York, New York 10012
                                      (212) 998-2258
                                      nancy.kilson@nyu.edu

7842