UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

AYAL ROSENTHAL,

                      Plaintiff,                  08 CIV 5338 (JES)

    -against-                    Rule 7.1 Statement

NEW YORK UNIVERSITY, NYU STERN
SCHOOL OF BUSINESS, THOMAS F.
COOLEY, MEL OCHOA, et al.,

                      Defendants.
───────────────────────────────

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for New York University and NYU Stern School of Business certifies that neither of them has any corporate parents, affiliates, and/or subsidiaries which are publicly held.

Dated:      New York, New York
              July 2, 2008

                                                  Nancy Kilson (NK 4557)

                                                  s/_____
                                                  Attorney for Defendants
                                                  New York University
                                                  70 Washington Square South
                                                  New York, New York 10012
                                                  (212) 998-2258
                                                  nancy.kilson@nyu.edu

7848