UNITED STATES DISTRICT COURT
SOUTEHRN DISTRICT OF NEW YORK

AYAL ROSENTHAL,

    Plaintiff

v.

NEW YORK UNIVERSITY, NEW YORK
UNIVERSITY STERN SCHOOL OF
BUSINESS, THOMAS F. COOLEY,
MELCHIOR OCHOA and JOHN DOES
1-10,

    Defendants.

08 Civ. 5338 (JES)

STIPULATION AND
ORDER EXTENDING
ANSWERING TIME



IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for all parties who have appeared in the action that the time of Defendants New York University, New York University Stern School of Business, Thomas F. Cooley and Melchior Ochoa to answer, move against or otherwise respond to the complaint is extended through and including the date to be set by the Court at the pre-motion conference currently scheduled for July 29, 2008 at 3:00 p.m. A faxed copy of this stipulation may be submitted to the Court in lieu of a copy bearing original signatures.

Dated: New York, New York
       July __, 2008

                    HERNSTADT ATLAS LLP

      By: *Edward Hernstadt* (signature)
           Edward Hernstadt (EH 9569)
           11 Broadway, Suite 615
           New York, New York 10004
           (212) 809 2501

{00007877;1}

Attorneys for Plaintiff

NEW YORK UNIVERSITY OFFICE
OF LEGAL COUNSEL

By: *Nancy Kilson*

Nancy Kilson (NK 4557)
70 Washington Square South, Rm. 1158
New York, New York 10012
(212) 998 2258
Attorneys for Defendants New York University, New York University Stern School of Business, Thomas F. Cooley and Melchior Ochoa

SO ORDERED:

*Peter K. Leisure* for
U.S.D.J. Sprizzo

7-28-08