```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

AYAL ROSENTHAL,

                          Plaintiff,

        - against -                              08 Civ. 5338 (JES)

NEW YORK UNIVERSITY, NEW YORK                         ORDER
UNIVERSITY LEONARD N. STERN SCHOOL
OF BUSINESS, THOMAS F. COOLEY,
Richard R. West Dean of the Leonard
N. Stern School of Business, MELCHIOR
OCHOA, Chairman of the Stern School
of Business Judiciary Committee, and
JOHN DOES 1-10,
                                                      8/13/08
                          Defendant(s).

----------------------------------------X
```

    The above-captioned action having come before the Court, and the NYU defendants having sought leave of the Court to submit a Motion to Dismiss, and the Court having considered all matters raised, it is

    **ORDERED** that the Pre-Motion Conference previously scheduled for August 12, 2008 shall be and hereby is adjourned; and it is further

    **ORDERED** that defendants shall be and hereby are granted leave to submit their Motion to Dismiss, not to exceed twenty five (25) pages, on or before September 12, 2008; and it is further

    **ORDERED** that plaintiff shall submit his Response to defendants' Motion, not to exceed twenty five (25) pages, on or before October 13, 2008; and it is further

    **ORDERED** that Oral Argument shall occur on November 6, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:    New York, New York
             August **12**, 2008

                                                  _____
                                                  for John E. Sprizzo
                                                  United States District Judge