Edward Hernstadt (EH 9569)
HERNSTADT ATLAS LLP
11 Broadway, Suite 615
New York, New York 10004
212-809-2501
212-214-0307

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AYAL ROSENTHAL,

          Plaintiff,

v.

NEW YORK UNIVERSITY, NEW YORK
UNIVERSITY LEONARD N. STERN SCHOOL
OF BUSINESS, and THOMAS F. COOLEY,
Richard R. West Dean of the Leonard N. Stern
School of Business,

          Defendants
------------------------------------------------------------x

**MEMO ENDORSED**

ELECTRONICALLY FILED

1/11/10

08-cv-5338 (LAK)
ECF CASE

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, on the attached Declaration of Edward Hernstadt sworn to on December 22, 2009, and all prior proceedings herein, Defendants will move before the Honorable Lewis A. Kaplan, United States District Judge, in Courtroom 12D in the United States Courthouse located at 500 Pearl Street, New York, New York, 10007, for an order compelling discovery pursuant to Federal Rule of Civil Procedure 37(a).

PLEASE TAKE FURTHER NOTICE that answering papers, if any, are due on or before December 24, 2009.

Dated: New York, New York
        December 22, 2009

HERNSTADT ATLAS LLP

By: _____
Edward Hernstadt (EH-9569)
11 Broadway, Suite 615
New York, New York 10004
(212) 809-2501
Attorneys for Plaintiff

MEMO ENDORSED
Denied as moot in light of D.I. 51

SO ORDERED
LEWIS A. KAPLAN, USDJ
1/11/10