New York University Office of General Counsel
Nancy Kilson (NK 4557)
Associate General Counsel
70 Washington Square South
New York, New York 10012
Tel.:   (212) 998-2258
Fax:   (212) 995-3048
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AYAL ROSENTHAL,

    Plaintiff

v.   08 CV 5338 (LAK)

NEW YORK UNIVERSITY, NEW YORK
UNIVERSITY LEONARD N. STERN SCHOOL
OF BUSINESS, THOMAS F. COOLEY, Richard R.
West Dean of the Leonard N. Stern School of
Business, MELCHIOR OCHOA, Chairman of the
Stern School of Business Judiciary Committee, and
JOHN DOES 1-10,

    Defendants.

**NOTICE OF MOTION**

---

    PLEASE TAKE NOTICE that, on the accompanying Memorandum of Law, Statement pursuant to Rule 56.1 and the accompanying Declarations of Thomas F. Cooley, Gary Fraser, Melchior Ochoa, Richard J. DeMarco and Nancy Kilson, and their respective exhibits, Defendants New York University, the New York University Leonard N. Stern School of Business, and Thomas F. Cooley, will move before the Honorable Lewis A. Kaplan, United States District Judge, at the Courthouse, 500 Pearl Street, New

York, New York, Courtroom 12D, on an argument date to be set by the Court, for an order granting summary judgment and dismissing the complaint in this action, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for failure to state a claim on which relief can be granted.

      PLEASE TAKE FURTHER NOTICE that answering papers (if any) are due in accordance with the stipulation of the parties on February 24, 2010.

Dated:      New York, New York
              February 1, 2010

                      Respectfully submitted,

                      New York University
                      Office of General Counsel

By:    s/_____
        Nancy Kilson (NK-4557)
        Associate General Counsel
        70 Washington Square South
        New York, New York 10012
        (212) 998 2258

        Attorney for Defendants