Edward Hernstadt (EH 9569)
HERNSTADT ATLAS LLP
11 Broadway, Suite 615
New York, New York 10004
212-809-2501
212-214-0307

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| AYAL ROSENTHAL, | |
| Plaintiff, | 08-cv-5338 (LAK) |
| | ECF CASE |
| v. | |
| NEW YORK UNIVERSITY, NEW YORK UNIVERSITY LEONARD N. STERN SCHOOL OF BUSINESS, and THOMAS F. COOLEY, Richard R. West Dean of the Leonard N. Stern School of Business, | **NOTICE OF MOTION** |
| Defendants | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that, on the attached Declaration of Edward Hernstadt sworn to on February 1, 2010, and all exhibits annexed thereto, the Declaration of Ayal Rosenthal, sworn to on February 1, 2010, Plaintiff's Local Rule 56.1 Statement of Material Facts as to which There is No Genuine Issue to Try, Plaintiff's Memorandum of Law in Support of the Motion for Summary Judgment, and all prior proceedings herein, Plaintiff Ayal Rosenthal will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, in Courtroom 12D in the United States Courthouse located at 500 Pearl Street, New York, New York, 10007, at a date and time set by the Court, for an order granting Plaintiff summary judgment against Defendants New York University, New York University Leonard N. Stern School of Business, and Thomas F. Cooley, pursuant to Rule 56 of the Federal Rules of Civil Procedure, together with such additional relief as the Court may deem appropriate and just.

Dated:   New York, New York
        February 1, 2010

                                  HERNSTADT ATLAS LLP

                                  By: *Edward Hernstadt* (signature)
                                    Edward Hernstadt (EH-9569)
                                    11 Broadway, Suite 615
                                    New York, New York 10004
                                    (212) 809-2501
                                    Attorneys for Plaintiff