2



# NYU STERN
New York University
Stern School of Business
Vice Deans' Meeting
Monday, February 12, 2007
12:00 p.m. - 1:30 p.m.

### Minutes

**Attendees:** Tom Cooley, Chair (TC); Sally Blount-Lyon (SBL) via phone; Kim Corfman (KC); Naomi Diamant (ND); Joe Kachurak (JK); Anand Padmanabhan (AP); Lee Sproull (LS); Eitan Zemel (EZ)

I.  Discussion Items –
    a. LS – Academic Planning process
    b. LS - Chairs Retreat
    c. SBL – Curriculum Costs
        i. Three point upper level courses at Stern vs. 4 point at CAS. Perversely expensive to bring students in-house for these courses.
        ii. Possible future changes of Stern senior level courses from 3 to 4 points. Short-term, increase ISP/EGB specialization courses to four points per course.
        iii. Restrict the number of three point upper level courses for incoming freshman.
        iv. Revision of whole 3 vs. 4 point system as future goal

II. Decision Items –

III. Information Items –
    a. TC—Rosenthal Insider Trading Case
        i. Ayal Rosenthal is an MBA student at Stern who has completed all his course work for the degree. He is scheduled to graduate in January.
        ii. Registrar is checking what options are available.
        iii. Strongly opposed to granting degree to a student who, while taking and TA'ing professional responsibility classes was facilitating and engaging insider trading.
        iv. KC—in the future, MBAs should receive a statement of principle stating that engaging in criminal behavior is considered grounds for expulsion and or revocation of degree.
    b. TC—Rankings
        i. What can be controlled in rankings reporting
            1. Intellectual capital
            2. Recruiters poll
                a. How to improve recruiter perception?
                    i. Meeting time with Deans?
                b. TC and KC to meet with GF and PM to discuss.
                c. KC: additional benefits for WSJ poll.
                d. SBL: Get CRT team involved in brainstorming possible solutions.



9/9/2009 3:41:33 PM
C:\Documents and Settings\Admin User\Local Settings\Temporary Internet Files\OLK164\Monday Vice Deans Meeting Minutes - 02 12 07.doc
1/2

NYU000389



  c. LS—Chairs meeting report
    i. Dept Chairs against sharing information with VDs. They will continue to think about ways of improving teaching.
    ii. Changes to academic planning calendar: in favor. Chairs ready for some direction or guidance as to School's priorities that should be their focus.
      1. LS: Law and Business as theme in retreat (Possible panel including David Yermack; invite Jerry Rosenfeld to part of the day)
      2. SBL: different imperatives for research and teaching.
      3. TC: Pursuit of boundary spanning, multidisciplinary work.

IV. Regularly Scheduled Updates –
  a. Joe Kachurak – 12:30 p.m. – Faculty Department P and L (on file)
    i. Performance 2006 Fund 10 P&L by Academic Department.
      1. Two highest cost departments are Finance and Economics.
      2. Revenues assigned by course designator rather than by faculty member.
      3. TC: Sharing this information is a way of clarifying with Finance Department the costs of the operation. SBL: messaging needs to be handled carefully so that other departments don't feel emboldened to ask for salary increases.
  b. Bruce Buchanan – 1:00 p.m. – Rosenthal Insider Trading situation
    i. Reviewed situation described by TC earlier in meeting
    ii. Consensus among VDs that the School should review whether his criminal activity especially in the air of financial impropriety means that he has not fulfilled the explicit and implicit requirements of the degree.
    iii. Follow up with Office of Legal Counsel
    iv. In the interim, Registrar's office to be instructed to remove Rosenthal from list of graduands until further notice.

9/9/2009 3:41:33 PM
C:\Documents and Settings\Admin User\Local Settings\Temporary Internet Files\OLK164\Monday Vice Deans Meeting Minutes - 02 12 07.doc

2/2

NYU000390