30

**CERTIFIED TRANSCRIPT**                                                    1

1
2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  Index No. 08-CV-5338 (LAK)
   - - - - - - - - - - - - - - - - - -x
4  AYAL ROSENTHAL,
5                          Plaintiff,
6       - against -
7  NEW YORK UNIVERSITY, NEW YORK UNIVERSITY
   LEONARD N. STERN SCHOOL OF BUSINESS, and
8  THOMAS F. COOLEY, RICHARD R. WEST, Dean
   of the LEONARD N. STERN SCHOOL OF
9  BUSINESS,
10                         Defendants.
11
   - - - - - - - - - - - - - - - - - -x
12
                        November 9, 2009
13                      9:24 a.m.
14
15      DEPOSITION of GARY FRASER, taken by the Plaintiff,
16  pursuant to Notice, held at 11 Broadway, New York, New
17  York, before Kim Auslander, a Notary Public of the State
18  of New York.
19
20
21
22
23
24
25

275

1        G. FRASER

2   and looked at Tom Grace's perspective and

3   you have to remember that Tom Grace is an

4   NYU central employee, and NYU in generality,

5   particularly undergraduate, is a liberal

6   arts degree, and his experience is not with

7   professional business school.

8              So at the end of the day, the

9   committee felt that there was an impact that

10  affected the Stern School of Business and

11  you could use both, a combination of the

12  University's code of conduct, which Ayal

13  signed and agreed to, and the Stern School's

14  code of conduct which he also agreed to.

15       Q.      What was the impact on the

16  Stern School?

17       A.      Reputational.

18       Q.      Was there any evidence of

19  reputational impact?

20              MS. KILSON:  Objection, form.

21       A.      There was two pieces.  One,

22  there was, as I mentioned, students were

23  aware of Ayal's situation.  Ayal mentioned

24  that he talked to students about his

25  situation.

1            G. FRASER

2            Separately, there was also the
3   concern that there was a future concern of
4   what anyone, not just Ayal, could do.
5   Particularly, Ayal could write a book about
6   his situation and mention the Stern School,
7   so there was a combination of existing
8   reputation as well as future reputation.
9       Q.    Was there any evidence of
10  future damage to the Stern School's
11  reputation presented at the hearing?
12            MS. KILSON: Objection, form.
13      A.    I think Ayal was asked about
14  that and he confirmed yeah, he could write
15  a book but he didn't feel that affected the
16  reputation.
17            So he certainly did not leave
18  that out of the question, of whether it can
19  happen, and because of that -- in fact, at
20  one point I believe he was asked whether he
21  felt that could affect the school and he
22  commented yeah, it could, but I'm not going
23  to write a book.
24            So I think from his perspective
25  he knew there was a risk in the future.  He

1         G. FRASER

2   also discussed that he mentioned this to

3   some of his classmates, so we felt there was

4   a risk.

5       Q.    Was there any evidence

6   presented to the committee of actual damage

7   to the school's reputation?

8           MS. KILSON: Objection, form.

9       A.    I would say Ayal admitting

10  that he had discussed this with classmates,

11  that it was known that a student at Stern

12  committed securities fraud while they were

13  a student.

14      Q.    The fact that a Stern School

15  student committed securities fraud, who was

16  that known to?

17      A.    I can't tell you who

18  specifically, because I'm not sure of the

19  full reach of that.

20          I know that Ayal admitted

21  discussing his case with people who were

22  students at Stern that he considered peers,

23  so I know it was discussed there, and while

24  he wasn't mentioned specifically that he was

25  a Stern MBA, we also know the fact that his

Case 1:08-cv-05338-LAK   Document 65-16   Filed 02/01/10   Page 6 of 12

278

1                    G. FRASER

2     name was there, that research could be done

3     to identify that he was the person.

4          Q.     How?

5          A.     Because I think his name was

6     listed.

7          Q.     How would that enable people

8     to find out that he was a Stern MBA

9     student?

10              MS. KILSON:  Objection, form.

11         A.     Again, I think because he

12    himself told students, I think students

13    were aware of it.

14              I mentioned earlier there was

15    discussion about him doing it.  He was very

16    comfortable or very open about the fact that

17    he did do it and he was comfortable telling

18    me that he had done it.

19         Q.     You said research could be

20    done based on the fact that his name was

21    disclosed as someone who pled guilty to a

22    securities violation.

23              How could research be done that

24    would identify him as a Stern School MBA?

25    What research?

VERITEXT REPORTING COMPANY
(212) 279-9424        www.veritext.com        (212) 490-3430

1                G. FRASER

2           MS. KILSON:  Objection, form.

3      A.    The main thing was he told

4 students.

5      Q.    How does that harm the Stern

6 School reputation, that he told students?

7      A.    Students can tell other

8 students, they can tell prospective

9 students.

10     Q.    Did that happen?

11          MS. KILSON:  Objection, form.

12     A.    I don't know.

13     Q.    Did any students not come to

14 the Stern School because of Ayal's

15 situation?

16     A.    I am not responsible for

17 admissions, so I couldn't tell you.  I

18 don't know.  I know we do exit surveys, but

19 I don't know.

20     Q.    Have any recruiters looking

21 for Stern School students to come work for

22 them ever said anything about Ayal's

23 situation?

24          MS. KILSON:  Objection, form.

25     A.    Not that I am aware, but I

1                    G. FRASER

2   don't think that a recruiter would tell us.

3   I think they would just make the decision

4   not to recruit.

5        Q.     Did any recruiters decide not

6   to recruit at NYU because of Ayal's

7   securities violation?

8              MS. KILSON:  Objection, form.

9        A.     I know that there were

10  recruiters that stopped recruiting at NYU

11  Stern.  Whether it's related Ayal or not I

12  don't know.

13       Q.     Do you have any basis to think

14  there is a connection between recruiters

15  not recruiting and Ayal Rosenthal?

16       A.     I think there's a risk,

17  because again, I think Ayal told people

18  that were employed.  He was in the part

19  time program, which is working

20  professionals, and to his own admission he

21  told people who were his classmates, but

22  also employees, so I think there was a

23  risk.

24       Q.     What I'm asking is do you know

25  of any actual connection.

281

1        G. FRASER
2    A.    I don't.
3    Q.    Do you know of any alumni who
4 stopped donating to the school because of
5 Ayal Rosenthal's guilty plea?
6    A.    That's not my area to track,
7 so I can't comment. I don't involve myself
8 in alumni development.
9    Q.    But do you know from your
10 personal knowledge one way or the other
11 whether any alumni stopped donating money?
12    A.    I can't comment one way or the
13 other. I can tell you there is a sincere
14 risk. Many of our alumni donators are
15 people in the finance community, and I
16 think there was a risk, which is what I'm
17 not sure if the committee discussed it from
18 the alumni perspective, they could have,
19 but I think there was a risk.
20    Q.    So you think there was a risk.
21 Now what I am asking is are you aware of
22 any facts that --
23    A.    I'm personally not aware.
24    Q.    Are you aware of any decrease
25 in the Stern School's national rankings

282

1                   G. FRASER

2    because of Ayal's guilty plea?

3              MS. KILSON:  Objection, form.

4        A.      I am not aware of that.

5        Q.      Are you aware of any actual

6    negative impact of any kind on the Stern

7    School because of Ayal Rosenthal's guilty

8    plea?

9              MS. KILSON:  Objection, form.

10       A.      I will say as long as students

11   were aware that this happened, then yes,

12   there was an impact.

13             I would say also even more

14   importantly the fact that what he did had

15   happened, the fact that he did not have any

16   remorse as you can tell from the written

17   statement he read and prepared, that there

18   was a risk of future negative implications

19   given that he agreed that he could write a

20   book and not that -- it may sound

21   farfetched, but it's certainly within the

22   realm of possibility.

23             So I think there was a look at

24   if there are students that were aware of

25   this, it negatively impacts the school.  If

Case 1:08-cv-05338-LAK   Document 65-16   Filed 02/01/10   Page 11 of 12

283

1                    G. FRASER
2      there is a potential for students to be
3      aware of it, it can negatively impact the
4      school.  If there is some more activity that
5      Ayal takes in the future, it could
6      negatively impact the school.
7               So I think the committee looked
8      at past, current and future state of his
9      actions and the impact it could have on the
10     school.
11         Q.     What is the negative impact on
12     the school from students being aware of
13     Ayal's guilty plea?
14         A.     The negative impact is that
15     when someone signs an honor code and code
16     of conduct and violates it in a fashion
17     that he did and still gets a degree may
18     leave a message that that's acceptable to
19     be done.
20              It could open the door to other
21     activities like that.  As long as someone is
22     going to get a degree they can commit
23     securities fraud.  So that is the direct
24     impact.
25         Q.     Did that happen in any

VERITEXT REPORTING COMPANY
(212) 279-9424         www.veritext.com         (212) 490-3430

```
                                                      284
 1                    G. FRASER
 2   instance?
 3            MS. KILSON:  Objection.
 4        A.       It could have.  I don't know.
 5   Actually, there has been people that have
 6   been convicted of that.  I don't know if
 7   it's related to Ayal or not.
 8        Q.       There have been people
 9   convicted of what?
10        A.       Some sort of, I'm sure, fraud.
11        Q.       Which people?  Who are you
12   talking about?
13        A.       I'm sure there are some Stern
14   alums that have been convicted.
15        Q.       Because of Ayal's guilty plea?
16        A.       I'm not saying that, but there
17   is a possibility to make that connection.
18   I have not investigated that.  I am saying
19   there was a belief from the committee that
20   his activity going unnoticed and undealt
21   with would send the wrong message to the
22   Stern community.
23        Q.       Was the Stern community
24   informed of the disciplinary committee's
25   decision with respect to --
```