Edward Hernstadt (EH 9569)
HERNSTADT ATLAS LLP
11 Broadway, Suite 615
New York, New York 10004
212-809-2501
212-214-0307

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
AYAL ROSENTHAL,  :
 :
        Plaintiff,  :   08-cv-5338 (LAK)
 :   ECF CASE
v.  :
 :   **DECLARATION OF EDWARD**
NEW YORK UNIVERSITY, NEW YORK  :   **HERNSTADT IN OPPOSITION**
UNIVERSITY LEONARD N. STERN SCHOOL  :   **TO DEFNENDANTS' MOTION**
OF BUSINESS, and THOMAS F. COOLEY,  :   **FOR SUMMARY JUDGMENT**
Richard R. West Dean of the Leonard N. Stern  :
School of Business,  :
 :
        Defendants  :
---------------------------------x

    1.    I am counsel to Plaintiff Ayal Rosenthal and submit this Declaration in Opposition to Plaintiff's motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56.

    2.    Attached hereto as Exhibit 1 are extracts from the deposition of Gary Fraser dated November 9, 2009.

    3.    Attached hereto as Exhibit 2 are emails among Kim Corfman, Thomas Grace, Lee Chamberlin, and Gary Fraser dated April 17, 2007.

    4.    Attached hereto as Exhibit 3 are printouts from the NYU website regarding the Stern School's Teaching Fellow Financial Aid award program.

    5.    Attached hereto as Exhibit 4 are printouts from the NYU website regarding the Stern School's academic requirements.

6. Attached hereto as Exhibit 5 are extracts from the deposition of Thomas Grace dated October 27, 2009.

7. Attached hereto as Exhibit 6 are extracts from the deposition of Thomas Cooley dated November 6, 2009.

8. I hereby declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       March 5, 2010

_____
Edward Hernstadt (EH-9569)

2