UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AYAL ROSENTHAL,

          Plaintiff,

          -v-

NEW YORK UNIVERSITY, NEW YORK
UNIVERSITY LEONARD N. STERN SCHOOL
OF BUSINESS, THOMAS F. COOLEY,
Richard R. West Dean of the Leonard N. Stern
School of Business, and MELCHIOR OCHOA,

          Defendants.
------------------------------------------------------------X

08 Civ. 5338 (LAK)
ECF Case

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 6/15/10

LEWIS A. KAPLAN, *District Judge.*

          IT IS HEREBY STIPULATED AND AGREED as follows:

          1.    This action will be tried by the Court without a jury on a stipulated record without the taking of any oral testimony.

          2.    The record shall consist of the pretrial order, the exhibits and depositions excerpts listed therein, the papers currently before the Court on the motion for summary judgment, and any deposition designations and counter-designations the parties may exchange on June 18 and 25, 2010, respectively.

          3.    After hearing argument on _____ at ___.m. or such other date as may be fixed, the Court shall decide the case on the stipulated record, taking into account and, to the extent they are material, ruling on the objections to evidence set forth in the pretrial order. It will make findings of fact and conclusions of law which shall have the same force and effect as if they had been made after the taking of oral testimony.

          SO ORDERED.

Dated: June 3, 2010
       New York, New York

                                                _____
                                                Lewis A. Kaplan
                                              United States District Judge

AGREED AND CONSENTED TO:

| HERNSTADT ATLAS LLP | NEW YORK UNIVERSITY OFFICE OF LEGAL COUNSEL |
|---|---|
| By: *[signature]* <br> Edward Hernstadt (EH 9569) <br> 11 Broadway, Suite 615 <br> New York, New York 10004 <br> (212) 809 2501 <br> Attorneys for Plaintiff | By: *[signature]* <br> Nancy Kilson (NK 4557) <br> 70 Washington Square South, Rm. 1158 <br> New York, New York 10012 <br> (212) 998 2258 <br> Attorneys for Defendants New York University, New York University Stern School of Business, Thomas F. Cooley and Melchior Ochoa |