UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AYAL ROSENTHAL,

        Plaintiff,

    -against-                          08 Civ. 5338 (LAK)

NEW YORK UNIVERSITY, et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        In view of the parties' agreement to a trial on a stipulated record, the motions for summary judgment [DI 53, DI 62] are denied as moot.

        SO ORDERED.

Dated:      July 13, 2010

                                   Lewis A. Kaplan
                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED #: 7/13/10