USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AYAL ROSENTHAL,

                  Plaintiff,

        -against-                             08 Civ. 5338 (LAK)

NEW YORK UNIVERSITY, et al.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Closing arguments are scheduled for September 7, 2010 at 2:00pm.

        SO ORDERED.

Dated:        July 27, 2010

                                                    _____
                                                    Lewis A. Kaplan
                                                  United States District Judge