MEMO ENDORSED

# HERNSTADT ATLAS LLP

11 Broadway, Suite 615 New York, NY 10004 . t 212.809.2501
f 212.214.0307 . ed@heatlaw.com . www.heatlaw.com

August 5, 2010

BY HAND

Honorable Lewis A. Kaplan
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 8/12/10

Re:   Rosenthal v. NYU (08 Civ. 5338 (LAK))

Dear Judge Kaplan:

     We represent the plaintiff in the above-captioned matter, and write on behalf of both parties to request a brief adjournment of closing arguments in this case, presently scheduled for September 7, 2010 at 2 p.m. Counsel for defendants will be traveling on September 7, 2010, and counsel for plaintiff has no objection to the brief adjournment sought, and so joins in that request. The parties would be available any day September 8 – September 17, 2010.

     Thank you for considering this request.

Respectfully yours,

*Edward Hernstadt*

Edward Hernstadt

cc:  Nancy Kilson, Esq. (via email, w/out encl.)

MEMO ENDORSED

Adjourned to 9:30 a.m. 9/8/10

SO ORDERED

LEWIS A. KAPLAN, USDJ