UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    9/20/10

-----------------------------------------------------------X
AYAL ROSENTHAL,

                         Plaintiff,                              08 **CIVIL** 5338 (LAK)

        -against-                                               **JUDGMENT**

NEW YORK UNIVERSITY, et al.,
                         Defendants.
-----------------------------------------------------------X


        Whereas the above-captioned action having come before this Court, and the matter having

come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on

September 13, 2010, having rendered its Memorandum Opinion entering judgment declaring that

NYU did not award plaintiff the degree of Master of Business Administration and that it is under no

legal obligation to do so, and dismissing plaintiff's claims for relief other than a declaration of the

rights of the parties, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum Opinion dated September 13, 2010, judgment is entered declaring that NYU

did not award plaintiff the degree of Master of Business Administration and that it is under no legal

obligation to do so, and plaintiff's claims for relief other than a declaration of the rights of the parties

are dismissed.

**Dated:** New York, New York
        September 20, 2010

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                        **Clerk of Court**
                                    **BY:**
                                                        _____
                                                        **Deputy Clerk**


                                    THIS DOCUMENT WAS ENTERED
                                    ON THE DOCKET ON _____