USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 15 OCT 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AYAL ROSENTHAL,           :      08-CV-5338 (LAK)
                          :
          Plaintiff,      :
                          :
     v.                   :      NOTICE OF APPEAL
                          :
NEW YORK UNIVERSITY, et al., :
                          :
          Defendant.      :
------------------------------------------------------------x

Notice is hereby given that Plaintiff Ayal Rosenthal in the above-captioned action hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment "declaring that NYU did not award plaintiff the degree of Masters of Business Administration and that it is under no legal obligation to do so," and dismissing "plaintiff's claims for relief other than a declaration of the rights of the parties," which Judgment was entered in this action on September 20, 2010.

_____
Edward Hernstadt
HERNSTADT ATLAS LLP
11 Broadway, Suite 615
New York, New York 10004
(212) 809-2501
ed@heatlaw.com
Attorneys for Plaintiff Ayal Rosenthal

Dated: New York, New York
       October 15, 2010